Exhibit 1




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director



**Registration Number**
**VA 2-414-899**

**Effective Date of Registration:**
June 06, 2024
**Registration Decision Date:**
September 27, 2024

## Title

**Title of Work:** Whales, Orcas & Narwhals on Deep Teal

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** February 03, 2016
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Tane Hannah Meets
  **Pseudonym:** Tangerine-Tane
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Tane Hannah Meets
5A Alvin Crescent, Golden Acre, Somerset West, 7130, South Africa

## Rights and Permissions

**Name:** Tane Hannah Meets
**Email:** tane.hannah@gmail.com
**Address:** 5A Alvin Crescent
Golden Acre
Somerset West 7130 South Africa

## Certification



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-414-474**

**Effective Date of Registration:**
June 06, 2024

**Registration Decision Date:**
September 26, 2024

## Title

**Title of Work:** Gilded Jade & Mint Turtles

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** May 08, 2016
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Tane Hannah Meets
  **Pseudonym:** Tangerine-Tane
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Tane Hannah Meets
5A Alvin Crescent, Golden Acre, Somerset West, 7130, South Africa

## Rights and Permissions

**Name:** Tane Hannah Meets
**Email:** tane.hannah@gmail.com
**Address:** 5A Alvin Crescent
Golden Acre
Somerset West 7130 South Africa

## Certification



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-414-471**

**Effective Date of Registration:**
June 06, 2024

**Registration Decision Date:**
September 26, 2024

## Title

**Title of Work:** Cute Cacti in Pots

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** July 12, 2016
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Tane Hannah Meets
  **Pseudonym:** Tangerine-Tane
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Tane Hannah Meets
5A Alvin Crescent, Golden Acre, Somerset West, 7130, South Africa

## Rights and Permissions

**Name:** Tane Hannah Meets
**Email:** tane.hannah@gmail.com
**Address:** 5A Alvin Crescent
Golden Acre
Somerset West 7130 South Africa

## Certification

