Exhibit 1

| No. | Defendant | Email | Served? |
|---|---|---|---|
| 1 | Jackssen | zjs785212@163.com | Yes |
| 2 | SWISEO | facebooktreemom@yeah.net | Yes |
| 3 | LIE9 | wenlulututu@outlook.com | Yes |
| 4 | MIOKO | qingelinbdezhan@126.com | Yes |
| 5 | Lykmera | qidhdvdfv@aliyun.com | Yes |
| 6 | NEWSHRZ | deyoa3f@sina.com | Yes |
| 7 | Digood | disongdisong@163.com | Yes |
| 8 | OCCOKO | alol20tou@163.com | Yes |
| 9 | Kusou | changshengshop@outlook.com | Yes |
| 10 | BPIgslllaa | chenfuokok@163.com | Yes |
| 11 | TBUIALL | huashiyiren@yeah.net | Yes |
| 12 | Shinin | kjbuld@hotmail.com | Yes |
| 13 | Lihaide | b5g9h8@sina.com | Yes |
| 14 | xujiarenyifangxinstore | lujia145179@163.com | Yes |
| 15 | 69lgmtop | youeyba29@aliyun.com | Yes |
| 16 | winterday | qjhgdds@outlook.com | Yes |
| 17 | iSovze | lsylsy258030@126.com | Yes |
| 18 | CMrtew | poiuyri@163.com | Yes |
| 19 | runnerTOP | wjlgfdkak@outlook.com | Yes |
| 20 | BINGLI_ | fgfggfyyf@126.com | Yes |
| 21 | GH+GS | opdhgdf@aliyun.com | Yes |
| 22 | GEZHEN | sozjoffujun@aliyun.com | Yes |
| 23 | Lunafina | nvhsjglsheshs@yeah.net | Yes |
| 24 | Rocket-Gid | carrymet@126.com | Yes |

| 25 | Thank | zhangguangren@2980.com | Yes |
| --- | --- | --- | --- |
| 26 | lokij2512 | lokij2512@outlook.com | Yes |
| 27 | HUANLE | wugangxinyi@sina.com | Yes |
| 28 | Digirlsor | liuzhiqiang1980@outlook.com | Yes |
| 29 | awsfasc | b13505948080@163.com | Yes |
| 30 | Atthadassi-Direct | yanruyu8@outlook.com | Yes |
| 31 | STM X-04 | lxbyxaa@163.com | Yes |
| 32 | Ekp ZZZ | ekp55dcm@126.com | Yes |
| 33 | RUICUW | keuixgwde@163.com | Yes |
| 34 | X36 BH | x3659sdrfhl@yeah.net | Yes |
| 35 | Kids And Adult Clothing | tmlgkf98@yeah.net | Yes |
| 36 | Qiyuan Store | wer698li@163.com | Yes |
| 37 | PHGHQ | gedalei@tom.com | Yes |
| 38 | Clothing and Home Decor | vutodkfsd@yeah.net | Yes |
| 39 | Xinduolei Fashion Center | hkj99gyuf@163.com | Yes |
| 40 | fghskh | zhouzou34@yeah.net | Yes |
| 41 | JIRNDf | shuoyinyao@tom.com | Yes |
| 42 | Kaixiangon | chuoujgu@163.com | Yes |
| 43 | Yzengfg | ddmkxh693@yeah.net | Yes |
| 44 | Alpf2596 | hhkk5522ffgg@yeah.net | Yes |
| 45 | EHQJNJ | geevhj@126.com | Yes |
| 46 | kpoplk | tongxs06@163.com | Yes |
| 47 | Kureaily Clothing | euhdssde@163.com | Yes |
| 48 | Yoaouo | hongfusyet@163.com | Yes |
| 49 | Chenshuai | chshuen@126.com | Yes |
| 50 | Tinad Biyus | tinaviner@126.com | Yes |

| | | | |
|---|---|---|---|
| 51 | Biysah | allenxiongmao@outlook.com | Yes |
| 52 | Jia Leshiping | l36kgjd@126.com | Yes |
| 53 | Dengyli | denliya24@163.com | Yes |
| 54 | BOBOGOJP | bxy91sz@outlook.com | Yes |
| 55 | Zhangdongpo | peiwuyangm14663@163.com | Yes |
| 56 | cvtGOE | chow92mxi@yeah.net | Yes |
| 57 | Ling store | v256flk@yeah.net | Yes |
| 58 | Klmhd | rrrljsf512@126.com | Yes |
| 59 | Saverong | jhrekwe@yeah.net | Yes |
| 60 | hfugdbu | mbhbssa@126.com | Yes |
| 61 | UEBXD | icbdxs@163.com | Yes |
| 62 | ICV 2024 | icvf63dpl@163.com | Yes |
| 63 | Hj Smple | hj251i6@yeah.net | Yes |
| 64 | Wuxian93 | w93251gdg@yeah.net | Yes |
| 65 | SKsmzk | xliulgsv@126.com | Yes |
| 66 | QHZuao | sxfgkb@126.com | Yes |
| 67 | Oahceg | werwvsdftj@163.com | Yes |
| 68 | huaguer | huaguerdianzi@163.com | Yes |
| 69 | Yuanyang Store | lap693eg@yeah.net | Yes |
| 70 | BFYSFBAIG | wsphbm56@163.com | Yes |
| 71 | YCJFNF | yaoxuejiewam@126.com | Yes |
| 72 | Fashion Trend Clothing | ytianhua2022@163.com | Yes |
| 73 | LINNAO Ltd | gdd666dd@126.com | Yes |
| 74 | JiaYaojia Store | btypmaf@yeah.net | Yes |
| 75 | Zhanuwin | w7413mkld@163.com | Yes |
| 76 | Oh Hi Girls | ohg2369fb@yeah.net | Yes |

| | | | |
|---|---|---|---|
| 77 | Kfinaldo | beenprior@126.com | Yes |
| 78 | Ufjh AAA | ufjhklmi@163.com | Yes |
| 79 | CCFeng | ngfgyu@yeah.net | Yes |
| 80 | Guangzhoushibidakejiyouxiangongsi | yzsjd145f@yeah.net | Yes |
| 81 | Throbbing | nurcweur@163.com | Yes |
| 82 | Hyingkl | mfjbs56169@163.com | Yes |
| 83 | Mdfjulrt | uhdyl859gbn@yeah.net | Yes |
| 84 | TSADFHJI | hjydgss@126.com | Yes |
| 85 | FhsagQ | xusuomiop@126.com | Yes |
| 86 | FORYULIK | ylyl202488@163.com | Yes |
| 87 | ZCheng | bnuhgt@126.com | Yes |
| 88 | Wilucolt | wiluere@126.com | Yes |
| 89 | Phenhua Clothing | lenlin24@163.com | Yes |
| 90 | LUOGENLI | fnhsjv@126.com | Yes |
| 91 | Household department store | kdfjgt22g@aliyun.com | Yes |
| 92 | MQL Star | mqlkf65@163.com | Yes |
| 93 | MMcho | cfsce34@163.com | Yes |
| 94 | guangzhouteshouruimaoyiyouxiangongsi | chjmihs@126.com | Yes |
| 95 | MYFDER | maoyu24246@126.com | Yes |
| 96 | NeHeixna | yrhfsfnv@163.com | Yes |
| 97 | Can shop | fengcan224@163.com | Yes |
| 98 | kcidhun | lmaspea@163.com | Yes |
| 99 | aiguo Co.Ltd | 1113289770@qq.com | Yes |
| 100 | wishlistbester | korbinyou29@outlook.com | Yes |
| 101 | Shunrunxiang Co. Ltd | shunrunxiang@163.com | Yes |
| 102 | WOLLED Co.Ltd | houliangbi19850817@163.com | Yes |

| 103 | Lijinming Store | omskfg@126.com | Yes |