**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TANE HANNAH MEETS, | |
| Plaintiff, | Case No.: 1:25-cv-05079 |
| v. | Judge John J. Tharp, Jr. |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Maria Valdez |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 1 | Jackssen |
| 2 | SWISEO |
| 3 | LIE9 |
| 4 | MIOKO |
| 6 | NEWSHRZ |
| 7 | Digood |
| 10 | BPIgslllaa |
| 12 | Shinin |
| 13 | Lihaide |
| 14 | xujiarenyifangxinstore |
| 15 | 69lgmtop |
| 16 | winterday |
| 17 | iSovze |
| 18 | CMrtew |
| 19 | runnerTOP |
| 20 | BINGLI_ |
| 21 | GH+GS |
| 22 | GEZHEN |
| 23 | Lunafina |
| 25 | Thank |
| 27 | HUANLE |

| | |
|---|---|
| 28 | Digirlsor |
| 29 | awsfasc |
| 30 | Atthadassi-Direct |
| 35 | Kids And Adult Clothing |
| 46 | kpoplk |
| 48 | Yoaouo |
| 54 | BOBOGOJP |
| 56 | cvtGOE |
| 63 | Hj Smple |
| 64 | Wuxian93 |
| 65 | SKsmzk |
| 67 | Oahceg |
| 71 | YCJFNF |
| 73 | LINNAO Ltd |
| 74 | JiaYaojia Store |
| 87 | ZCheng |
| 90 | LUOGENLI |
| 95 | MYFDER |
| 100 | wishlistbester |
| 101 | Shunrunxiang Co. Ltd |

DATED: June 24, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 24, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

      */s/ Keith A. Vogt*
      Keith A. Vogt